COM.

v.

**LOMAX, C.**

**476 WDA 2016**

Superior Court of Pennsylvania.

08/18/2017

CP–63–CR–0001045–2008 (Washington)

Affirmed

COM.

v.

**SMITH, S.**

**1494 WDA 2016**

Superior Court of Pennsylvania.

08/18/2017

CP–65–CR–0002234–2008 (Westmoreland)

Affirmed

COM.

v.

**ALEXANDER, J.**

**1631 WDA 2016**

Superior Court of Pennsylvania.

08/18/2017

CP–25–CR–0000118–2015 (Erie)

Reversed/Remanded

COM.

v.

**HARKINS, R.**

**66 WDA 2017**

Superior Court of Pennsylvania.

08/18/2017

CP–25–CR–0002213–2002 (Erie)

Vacated/Remanded